# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RAMON HOSEA MCGRAW,                                                                    PETITIONER
ADC #142102

v.                                          5:10-cv-00143-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction,                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Mr. McGraw's Petition (Doc. No. 2) is DISMISSED without prejudice. The requested relief is denied and any pending motions are denied as moot.

DATED this   21   day of June, 2010.

                                                                                           JAMES M. MOODY
                                                                                           UNITED STATES DISTRICT JUDGE