### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RAMON HOSEA MCGRAW,                                                                                    PETITIONER
ADC #142102

v.                                                5:10-cv-00143-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction,                                                                              RESPONDENT

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this  21  day of June, 2010.


                                                                                   _____
                                                                                   JAMES M. MOODY
                                                                                   UNITED STATES DISTRICT JUDGE